IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LARRY HAYNES,**
    Petitioner,

v.                             Case No. 3:05cv323/LAC/MD

**STATE OF FLORIDA,**
    Respondent.
_____

### ORDER

    This cause is before the court on petitioner's notice of appeal (doc. 8), construed as a motion for certificate of appealability (doc. 9), and motion for leave to appeal *in forma pauperis* (doc. 14). Petitioner appeals the dismissal of his 28 U.S.C. § 2254 petition for lack of jurisdiction. Unless a certificate of appealability is issued, the petitioner may not take an appeal from the final order denying § 2254 relief. *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

    After review of the file, the court concludes that because the petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's September 6, 2005 Order (doc. 7) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on August 23, 2005 (doc. 3), a certificate of appealability should be denied. For the same reasons, there is no good faith basis for an appeal and petitioner has not shown that he is entitled to proceed *in forma pauperis*. Fed.R.App.P. 24(a).

    Accordingly, it is ORDERED:

    1. Petitioner's motion for certificate of appealability (doc. 9), is DENIED and no certificate shall issue.

**2.  Petitioner's motion to proceed on appeal *in forma pauperis* (doc. 14) is DENIED.  Petitioner shall pay the $255.00 filing fee within thirty (30) days of this order.**

**DONE AND ORDERED this 1st  day of November, 2005.**

*s/L.A. Collier*

**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**